APPLICANT: <u>SENRICK SHERN WILKERSON</u>     APPLICATION NO. <u>WR-77,138-29</u>


# APPLICATION FOR 11.07 WRIT OF HABEAS CORPUS


## ACTION TAKEN

**REMAND FOR EVIDENTIARY HEARING.**

_____     4/1/15
JUDGE     *Cheryl Johnson*                       DATE